**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lisa Jo Smith,<br>    fka Lisa Jo Shuman,<br>    fka Lisa Jo Sperling,<br>    aka Lisa Smith,<br>    aka Lisa J. Smith<br>                  **Debtor(s)** | BK NO. 17-01703 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          412-430-3594