PAPERLESS PAY | My Other Sites        Hide Screen         Lisa Smith | My Account | Log Out

Alerts and Settings | Help | **April 21, 2017**
English  Español



Main Menu    PayStubs    Personal Information    More

## PayStubs

Pay History  **PayStub Details**  PayStub Comparison

Print

< Previous PayStub        Pay Date: 04/07/2017 - Regular ▼        Next PayStub >

Gentiva Certified Healthcare Corp.
680 South Fourth Street
Louisville, KY 40202
(502)596-7300

Lisa Smith
1224 Allegheny Drive
Blakeslee, PA 18610

| | | | |
|---|---|---|---|
| Personnel No. | ———— | Pay Advice # | 0024793600211001 |
| Personnel Area | 2439 HH - Stroudsburg PA | Period Begin Date | 03/25/2017 |
| Cost Center | 002439214 | Period End Date | 03/31/2017 |
| FLSA Status | Non Exempt | Pay Frequency | Weekly |

Expand All    Collapse All

| Tax Information | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Single | 0 | 5.00 |
| Primary State | PA | Single | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

| Hours and Earnings | Prior Period | Rate | Hours/Units | Hours/Units YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| Standard Visit | | 13.32 | 25.00 | 168.00 | $333.00 | $2,240.85 |
| Standard Visit Retro $$ | 02/18/2017-02/24/2017 | | 1.00 | | $13.32 | |
| Case Conf Per Visit | | | | 1.00 | $0.00 | $13.32 |
| Preceptor Visit | | | | 2.00 | $0.00 | $46.62 |
| Inservice Fixed | | 79.92 | 1.00 | 3.00 | $79.92 | $378.92 |
| Guarantee Pay PPV | | | | | $13.00 | $13.00 |
| MileageTravelReimb | | | | | $109.06 | $876.66 |
| STD | | | | | $0.00 | $374.00 |
| Phone Expense | | | | | $0.00 | $120.00 |
| PTO | | 9.99 | 8.00 | 64.00 | $79.92 | $639.36 |
| Hours Worked | | | 25.49 | 163.96 | 0.00 | |
| **Total Earnings :** | | | | | **$628.22** | **$4,702.73** |
| **Pre-Tax Deductions** | | | | | **This Period** | **YTD** |
| Med-Anthem Pretax EE | | | | | $141.00 | $1,573.25 |
| **Total Pre-Tax :** | | | | | **$141.00** | **$1,573.25** |
| **Taxes** | | | | | **This Period** | **YTD** |
| TX Withholding Tax FED | | | | | $46.12 | $254.63 |
| TX Withholding Tax PA | | | | | $11.61 | $65.48 |
| TX Withholding Tax PC20 | | | | | $3.78 | $21.32 |
| TX EE Social Security FED | | | | | $23.44 | $132.23 |
| TX EE Medicare Tax FED | | | | | $5.49 | $30.93 |
| TX EE Unemployment Tax PA | | | | | $0.36 | $2.59 |
| TX Local Services Tax PBYX | | | | | $1.00 | $12.00 |
| **Total Taxes :** | | | | | **$91.80** | **$519.18** |
| **After-Tax Deductions** | | | | | **This Period** | **YTD** |
| Vol AD&D | | | | | $0.00 | $0.59 |
| Supplemental Life | | | | | $0.00 | $0.46 |
| Inst Med-Anthem PreTax EE | | | | | $30.13 | $235.38 |
| 67TG | | | | | $1.70 | $13.88 |
| 67TN | | | | | $0.89 | $7.31 |
| Inst Vol Dep Life -Spouse | | | | | $0.12 | $1.02 |
| Inst Vol Dep Life - Child | | | | | $0.00 | $0.35 |
| Inst Supplemental Life | | | | | $0.29 | $2.42 |
| Inst LTD BuyUp | | | | | $0.13 | $1.01 |
| Local Tax Lien | | | | | $62.82 | $197.81 |
| **Total After-Tax :** | | | | | **$96.08** | **$460.23** |
| **Net Pay** | | | | | **This Period** | **YTD** |

| Total Net Pay : | $299.34 | $2,150.07 |
|---|---|---|

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| Bal Med-Anthem PreTax EE | $1,272.63 | $ |
| Bal Dental-Cigna PreTx EE | $71.66 | $ |
| Bal Vision-UHC PreTax | $37.69 | $ |
| Bal Vol Dep Life -Spouse | $5.23 | $ |
| 65V8 | 12.40 | |
| 65V9 | 5.36 | |

### Leave Balance Summary

| Leave Type | Available |
|---|---|
| PTO Current Year | 32.00 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $628.22 | $4,702.73 |
| Pre-Tax Deductions | $141.00 | $1,573.25 |
| Federal Taxable Wages | $378.16 | $2,132.82 |
| Social Security Taxable Wages | $378.16 | $2,132.82 |
| Medicare (HI) Taxable Wages | $378.16 | $2,132.82 |
| Total Taxes | $91.80 | $519.18 |
| After-Tax Deductions | $96.08 | $460.23 |
| Net Pay | $299.34 | $2,150.07 |

### Pay Distribution List

| Type | Amount | Account # | Bank |
|---|---|---|---|
| Checking | $299.34 | <...3514> | |

( < Previous PayStub )        ( Next PayStub > )

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.    ( Hide Screen )    Privacy Policy | Terms and Conditions



Main Menu    PayStubs    Personal Information    More

## PayStubs

Pay History  **PayStub Details**  PayStub Comparison

Print

( < Previous PayStub )    Pay Date: 04/14/2017 - Regular ▼    ( Next PayStub > )

Gentiva Certified Healthcare Corp.  
680 South Fourth Street  
Louisville, KY 40202  
(502)596-7300

Lisa Smith  
1224 Allegheny Drive  
Blakeslee, PA 18610

| | | | |
|---|---|---|---|
| Personnel No. | ~~redacted~~ | Pay Advice # | 0024793600212001 |
| Personnel Area | 2439 HH - Stroudsburg PA | Period Begin Date | 04/01/2017 |
| Cost Center | 002439214 | Period End Date | 04/07/2017 |
| FLSA Status | Non Exempt | Pay Frequency | Weekly |

Expand All   Collapse All

| Tax Information | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Single | 0 | 5.00 |
| Primary State | PA | Single | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

| Hours and Earnings | Rate | Hours/Units | Hours/Units YTD | This Period | YTD |
|---|---|---|---|---|---|
| Standard Visit | 13.32 | 25.00 | 193.00 | $333.00 | $2,573.85 |
| Case Conf Per Visit | | | 1.00 | $0.00 | $13.32 |
| Preceptor Visit | | | 2.00 | $0.00 | $46.62 |
| Inservice Fixed | | | 3.00 | $0.00 | $378.92 |
| Guarantee Pay PPV | | | | $13.00 | $26.00 |
| MileageTravelReimb | | | | $142.12 | $1,018.78 |
| STD | | | | $0.00 | $374.00 |
| Phone Expense | | | | $0.00 | $120.00 |
| PTO | | | 64.00 | $0.00 | $639.36 |
| Hours Worked | | 25.43 | 189.39 | 0.00 | |
| **Total Earnings :** | | | | **$488.12** | **$5,190.85** |
| **Pre-Tax Deductions** | | | | **This Period** | **YTD** |
| Med-Anthem Pretax EE | | | | $141.00 | $1,714.25 |
| **Total Pre-Tax :** | | | | **$141.00** | **$1,714.25** |
| **Taxes** | | | | **This Period** | **YTD** |
| TX Withholding Tax FED | | | | $21.08 | $275.71 |
| TX Withholding Tax PA | | | | $6.29 | $71.77 |
| TX Withholding Tax PC20 | | | | $2.05 | $23.37 |
| TX EE Social Security FED | | | | $12.71 | $144.94 |
| TX EE Medicare Tax FED | | | | $2.97 | $33.90 |
| TX EE Unemployment Tax PA | | | | $0.25 | $2.84 |
| TX Local Services Tax PBYX | | | | $1.00 | $13.00 |
| **Total Taxes :** | | | | **$46.35** | **$565.53** |
| **After-Tax Deductions** | | | | **This Period** | **YTD** |
| Vol AD&D | | | | $0.00 | $0.59 |
| Supplemental Life | | | | $0.00 | $0.46 |
| Inst Med-Anthem PreTax EE | | | | $22.83 | $258.21 |
| 67TG | | | | $1.29 | $15.17 |
| 67TN | | | | $0.68 | $7.99 |
| Inst Vol Dep Life -Spouse | | | | $0.09 | $1.11 |
| Inst Vol Dep Life - Child | | | | $0.00 | $0.35 |
| Inst Supplemental Life | | | | $0.22 | $2.64 |
| Inst LTD BuyUp | | | | $0.09 | $1.10 |
| Local Tax Lien | | | | $48.81 | $246.62 |
| **Total After-Tax :** | | | | **$74.01** | **$534.24** |
| **Net Pay** | | | | **This Period** | **YTD** |
| **Total Net Pay :** | | | | **$226.76** | **$2,376.83** |

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| Bal Med-Anthem PreTax EE | $1,249.80 | $ |
| Bal Dental-Cigna PreTx EE | $70.37 | $ |
| Bal Vision-UHC PreTax | $37.01 | $ |
| Bal Vol Dep Life -Spouse | $5.14 | $ |
| 65V8 | 12.18 | |
| 65V9 | 5.27 | |

### Leave Balance Summary

| Leave Type | Available |
|---|---|
| PTO Current Year | 32.00 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $488.12 | $5,190.85 |
| Pre-Tax Deductions | $141.00 | $1,714.25 |
| Federal Taxable Wages | $205.00 | $2,337.82 |
| Social Security Taxable Wages | $205.00 | $2,337.82 |
| Medicare (HI) Taxable Wages | $205.00 | $2,337.82 |
| Total Taxes | $46.35 | $565.53 |
| After-Tax Deductions | $74.01 | $534.24 |
| Net Pay | $226.76 | $2,376.83 |

### Pay Distribution List

| Type | Amount | Account # | Bank |
|---|---|---|---|
| Checking | $226.76 | <...3514> | |

< Previous PayStub      Next PayStub >

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.    Hide Screen    Privacy Policy | Terms and Conditions



**Kindred Healthcare**

Pay Date: 04/21/2017 - Regular

Gentiva Certified Healthcare Corp.
680 South Fourth Street
Louisville, KY 40202
(502)596-7300

Lisa Smith
1224 Allegheny Drive
Blakeslee, PA 18610

| | | |
|---|---|---|
| Personnel No. | | |
| Personnel Area | 2439 HH - Stroudsburg PA | |
| Cost Center | 002439214 | |
| FLSA Status | Non Exempt | |

| | |
|---|---|
| Pay Advice # | 0024793600213001 |
| Period Begin Date | 04/08/2017 |
| Period End Date | 04/14/2017 |
| Pay Frequency | Weekly |

| Tax Information | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Single | 0 | 5.00 |
| Primary State | PA | Single | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

| Hours and Earnings | Rate | Hours/Units | Hours/Units YTD | This Period | YTD |
|---|---|---|---|---|---|
| Standard Visit | 13.32 | 17.00 | 210.00 | $226.44 | $2,800.29 |
| Case Conf Per Visit | | | 1.00 | $0.00 | $13.32 |
| Preceptor Visit | | | 2.00 | $0.00 | $46.62 |
| Inservice Fixed | | | 9.00 | $0.00 | $378.92 |
| Guarantee Pay PPV | | | 13.00 | $13.00 | $39.00 |
| Mileage TravelReimb | | | | $85.12 | $1,103.90 |
| STD | | | | $0.00 | $374.00 |
| Phone Expense | | | | $40.00 | $160.00 |
| PTO | 9.99 | 8.00 | 72.00 | $79.92 | $719.28 |
| Hours Worked | | 16.49 | 205.88 | 0.00 | |
| Total Earnings : | | | | $444.48 | $5,635.33 |

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| Med-Anthem Pretax EE | $141.00 | $1,855.25 |
| Total Pre-Tax : | $141.00 | $1,855.25 |

| Taxes | This Period | YTD |
|---|---|---|
| TX Withholding Tax FED | $18.41 | $294.12 |
| TX Withholding Tax PA | $5.48 | $77.25 |
| TX Withholding Tax PC20 | $1.78 | $25.15 |
| TX EE Social Security FED | $11.06 | $156.00 |
| TX EE Medicare Tax FED | $2.58 | $36.48 |
| TX EE Unemployment Tax PA | $0.22 | $3.06 |
| TX Local Services Tax PBYX | $1.00 | $14.00 |
| Total Taxes : | $40.53 | $606.06 |

| After-Tax Deductions | This Period | YTD |
|---|---|---|
| Vol AD&D | $0.00 | $0.59 |
| Supplemental Life | $0.00 | $0.46 |
| Inst Med-Anthem PreTax EE | $20.57 | $278.78 |
| 67TG | $1.16 | $16.33 |
| 67TN | $0.61 | $8.60 |
| Inst Vol Dep Life -Spouse | $0.08 | $1.19 |
| Inst Vol Dep Life - Child | $0.00 | $0.35 |
| Inst Supplemental Life | $0.20 | $2.84 |
| Inst LTD BuyUp | $0.09 | $1.19 |
| Local Tax Lien | $35.90 | $282.52 |
| Total After-Tax: | $58.61 | $592.85 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Pay : | $204.34 | $2,581.17 |

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| Bal Med-Anthem PreTax EE | $1,229.23 | $ |
| Bal Dental-Cigna PreTx EE | $60.24 | $ |
| Bal Vision-UHC PreTax | $36.40 | $ |
| Bal Vol Dep Life -Spouse | $5.06 | $ |
| 65V8 | 11.98 | |
| 65V9 | 5.18 | |

**Leave Balance Summary**

| Leave Type | Available |
|---|---|
| PTO Current Year | 24.00 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $444.48 | $5,635.33 |
| Pre-Tax Deductions | $141.00 | $1,855.25 |
| Federal Taxable Wages | $178.36 | $2,516.18 |
| Social Security Taxable Wages | $178.36 | $2,516.18 |
| Medicare (HI) Taxable Wages | $178.36 | $2,516.18 |
| Total Taxes | $40.53 | $606.06 |
| After-Tax Deductions | $58.61 | $592.85 |
| Net Pay | $204.34 | $2,581.17 |

**Pay Distribution List**

| Type | Amount | Account # | Bank |
|---|---|---|---|
| Checking | $204.34 | <...3514> | |



**Pay Date:** 04/28/2017 - Regular

Gentiva Certified Healthcare Corp.
680 South Fourth Street
Louisville, KY 40202
(502)596-7300

Lisa Smith
1224 Allegheny Drive
Blakeslee, PA 18610

| | | |
|---|---|---|
| Personnel No. | | (redacted) |
| Personnel Area | 2439 HH - Stroudsburg PA | |
| Cost Center | 002439214 | |
| FLSA Status | Non Exempt | |

| | | |
|---|---|---|
| Pay Advice # | 0024793600214001 | |
| Period Begin Date | 04/15/2017 | |
| Period End Date | 04/21/2017 | |
| Pay Frequency | Weekly | |

### Tax Information

| Tax Information | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Single | 0 | 5.00 |
| Primary State | PA | Single | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

### Hours and Earnings

| Hours and Earnings | Rate | Hours/Units | Hours/Units YTD | This Period | YTD |
|---|---|---|---|---|---|
| Standard Visit | 13.32 | 15.00 | 225.00 | $199.80 | $3,000.09 |
| Case Conf Per Visit | | | 1.00 | $0.00 | $13.32 |
| Preceptor Visit | 26.00 | 1.00 | 3.00 | $26.00 | $72.62 |
| Inservice Fixed | | | 3.00 | $0.00 | $374.92 |
| Guarantee Pay PPV | | | | $26.00 | $65.00 |
| Mileage/Travel Reimb | | | | $113.24 | $1,217.14 |
| STD | | | | $0.00 | $374.00 |
| Phone Expense | | | | $0.00 | $160.00 |
| PTO | | | 72.00 | $0.00 | $719.28 |
| Hours Worked | | 17.66 | 223.54 | 0.00 | |
| **Total Earnings :** | | | | **$365.04** | **$6,000.37** |

### Pre-Tax Deductions

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| Med-Anthem Pretax EE | $141.00 | $1,996.25 |
| **Total Pre-Tax :** | **$141.00** | **$1,996.25** |

### Taxes

| Taxes | This Period | YTD |
|---|---|---|
| TX Withholding Tax FED | $11.66 | $305.78 |
| TX Withholding Tax PA | $3.40 | $90.55 |
| TX Withholding Tax PC20 | $1.11 | $26.26 |
| TX EE Social Security FED | $6.87 | $162.87 |
| TX EE Medicare Tax FED | $1.61 | $38.09 |
| TX EE Unemployment Tax PA | $0.18 | $3.24 |
| TX Local Services Tax PBYX | $1.00 | $15.00 |
| **Total Taxes :** | **$25.83** | **$631.89** |

### After-Tax Deductions

| After-Tax Deductions | This Period | YTD |
|---|---|---|
| Vol AD&D | $0.00 | $0.59 |
| Supplemental Life | $0.00 | $0.46 |
| Inst Med-Anthem PreTax EE | $17.95 | $296.73 |
| 67TG | $1.01 | $17.34 |
| 67TN | $0.53 | $9.13 |
| Inst Vol Dep Life - Spouse | $0.07 | $1.26 |
| Inst Vol Dep Life - Child | $0.00 | $0.35 |
| Inst Supplemental Life | $0.17 | $3.01 |
| Inst LTD BuyUp | $0.09 | $1.28 |
| Local Tax Lien | $0.00 | $282.52 |
| **Total After-Tax :** | **$19.82** | **$612.67** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay :** | **$178.39** | **$2,759.56** |

### Other Benefits & Information

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| Bal Med-Anthem PreTax EE | $1,211.28 | $ |
| Bal Dental-Cigna PreTx EE | $68.23 | $ |
| Bal Vision-UHC PreTax | $35.87 | $ |
| Bal Vol Dep Life - Spouse | $4.99 | $ |
| 65V8 | 11.81 | |
| 65V5 | 5.09 | |

### Leave Balance Summary

| Leave Type | Available |
|---|---|
| PTO Current Year | 24.00 |

### Pay Summary

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $365.04 | $6,000.37 |
| Pre-Tax Deductions | $141.00 | $1,996.25 |
| Federal Taxable Wages | $110.80 | $2,626.98 |
| Social Security Taxable Wages | $110.80 | $2,626.98 |
| Medicare (HI) Taxable Wages | $110.80 | $2,626.98 |
| Total Taxes | $25.83 | $631.89 |
| After-Tax Deductions | $19.82 | $612.67 |
| **Net Pay** | **$178.39** | **$2,759.56** |

### Pay Distribution List

| Type | Amount | Account # | Bank |
|---|---|---|---|
| Checking | $178.39 | <...3514> | |



Pay Date: 05/05/2017 - Regular

Gentiva Certified Healthcare Corp.
680 South Fourth Street
Louisville, KY 40202
(502)596-7300

Lisa Smith
1224 Allegheny Drive
Blakeslee, PA 18610

| | | | |
|---|---|---|---|
| Personnel No. | | Pay Advice # | 0024793600218001 |
| Personnel Area | 2439 HH - Stroudsburg PA | Period Begin Date | 04/22/2017 |
| Cost Center | 002439214 | Period End Date | 04/28/2017 |
| FLSA Status | Non Exempt | Pay Frequency | Weekly |

| Tax Information | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Single | 0 | 5.00 |
| Primary State | PA | Single | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

| Hours and Earnings | Prior Period | Rate | Hours/Units | Hours/Units YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| Standard Visit | | 13.32 | 15.00 | 243.00 | $199.80 | $3,239.85 |
| Standard Visit Retro $$ | 04/15/2017-04/21/2017 | | 3.00 | | $39.96 | |
| Case Conf Per Visit | | 13.32 | 1.00 | 2.00 | $13.32 | $26.64 |
| Preceptor Visit | | 19.98 | 1.00 | 4.00 | $19.98 | $92.60 |
| Inservice Fixed | | | | 3.00 | $0.00 | $378.92 |
| Guarantee Pay PPV | | | | | $0.00 | $65.00 |
| Mileage TravelReimb | | | | | $85.88 | $1,303.02 |
| PTO | | | | | $0.00 | $374.00 |
| Phone Expense | | | | | $0.00 | $160.00 |
| PTO | | 9.99 | 8.00 | 80.00 | $79.92 | $799.20 |
| Hours Worked | | | 18.42 | 244.71 | 0.00 | |
| Total Earnings : | | | | | $438.86 | $6,439.23 |

| Pre-Tax Deductions | | This Period | YTD |
|---|---|---|---|
| Med-Anthem Pretax EE | | $141.00 | $2,137.25 |
| Total Pre-Tax : | | $141.00 | $2,137.25 |

| Taxes | This Period | YTD |
|---|---|---|
| Tax Withholding Tax FED | $21.77 | $327.55 |
| Tax Withholding Tax PA | $6.51 | $87.16 |
| Tax Withholding Tax PC20 | $2.12 | $28.38 |
| Tax EE Social Security FED | $13.15 | $176.02 |
| Tax EE Medicare Tax FED | $3.07 | $41.16 |
| Tax EE Unemployment Tax PA | $0.24 | $3.48 |
| Tax Local Services Tax PBYX | $1.00 | $16.00 |
| Total Taxes : | $47.86 | $679.75 |

| After-Tax Deductions | This Period | YTD |
|---|---|---|
| Vol AD&D | $0.00 | $0.59 |
| Supplemental Life | $0.00 | $0.46 |
| Post Med-Anthem PreTax EE | $22.65 | $319.38 |
| LTG | $1.26 | $18.62 |
| TN | $0.67 | $9.80 |
| Post Vol Dep Life -Spouse | $0.09 | $1.35 |
| Post Vol Dep Life - Child | $0.00 | $0.35 |
| Post Supplemental Life | $0.22 | $3.23 |
| Post LTD BuyUp | $0.09 | $1.37 |
| Fed Tax Lien | $0.00 | $282.52 |
| Total After-Tax : | $25.00 | $637.67 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Pay : | $225.00 | $2,984.56 |

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| Al Med-Anthem PreTax EE | $1,188.83 | $ |
| Al Dental-Cigna PreTx EE | $66.92 | $ |
| Al Vision-UHC PreTax | $35.20 | $ |
| Al Vol Dep Life -Spouse | $4.90 | $ |
| IV8 | 11.59 | |
| IV9 | 6.00 | |

Leave Balance Summary

| Leave Type | Available |
|---|---|
| PTO Current Year | 16.00 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $438.86 | $6,439.23 |
| Pre-Tax Deductions | $141.00 | $2,137.25 |
| Federal Taxable Wages | $211.98 | $2,838.96 |
| Social Security Taxable Wages | $211.98 | $2,838.96 |
| Medicare (HI) Taxable Wages | $211.98 | $2,838.96 |
| Total Taxes | $47.86 | $679.75 |
| After-Tax Deductions | $25.00 | $637.67 |
| Net Pay | $225.00 | $2,984.56 |

Pay Distribution List

| | Amount | Account # | Bank |
|---|---|---|---|
| Checking | $225.00 | <...3514> | |



**Pay Date: 05/12/2017 - Regular**

Gentiva Certified Healthcare Corp.  
680 South Fourth Street  
Louisville, KY 40202  
(502)596-7300

Lisa Smith  
1224 Allegheny Drive  
Blakeslee, PA 18610

| | |
|---|---|
| Personnel No. | ███████ |
| Personnel Area | 2439 HH - Stroudsburg PA |
| Cost Center | 002439214 |
| FLSA Status | Non Exempt |

| | |
|---|---|
| Pay Advice # | 0024793600219001 |
| Period Begin Date | 04/29/2017 |
| Period End Date | 05/05/2017 |
| Pay Frequency | Weekly |

### Tax Information

| Tax Information | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Single | 0 | 5.00 |
| Primary State | PA | Single | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

### Hours and Earnings

| Hours and Earnings | Rate | Hours/Units | Hours/Units YTD | This Period | YTD |
|---|---|---|---|---|---|
| Standard Visit | 14.35 | 1.00 | 263.00 | $14.35 | $3,507.28 |
| Standard Visit | 13.32 | 19.00 | | $253.08 | $ |
| Case Conf Per Visit | | | 2.00 | $0.00 | $26.64 |
| Preceptor Visit | | | 4.00 | $0.00 | $92.60 |
| Inservice Fixed | | | 3.00 | $0.00 | $378.92 |
| Guarantee Pay PPV | | | | $0.00 | $65.00 |
| MileageTravelReimb | | | | $128.44 | $1,431.46 |
| STD | | | | $0.00 | $374.00 |
| Phone Expense | | | | $0.00 | $160.00 |
| PTO | | | -80.00 | $0.00 | $799.20 |
| Hours Worked | | 22.08 | 266.79 | 0.00 | |
| **Total Earnings :** | | | | **$395.87** | **$6,835.10** |

### Pre-Tax Deductions

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| Med-Anthem Pretax EE | $141.00 | $2,278.25 |
| **Total Pre-Tax :** | **$141.00** | **$2,278.25** |

### Taxes

| Taxes | This Period | YTD |
|---|---|---|
| TX Withholding Tax FED | $13.22 | $340.77 |
| TX Withholding Tax PA | $5.66 | $91.04 |
| TX Withholding Tax PC20 | $1.26 | $29.64 |
| TX EE Social Security FED | $7.83 | $183.85 |
| TX EE Medicare Tax FED | $1.84 | $43.00 |
| TX EE Unemployment Tax PA | $0.19 | $3.67 |
| TX Local Services Tax PBYX | $1.00 | $17.00 |
| **Total Taxes :** | **$29.22** | **$708.97** |

### After-Tax Deductions

| After-Tax Deductions | This Period | YTD |
|---|---|---|
| Vol AD&D | $0.00 | $0.59 |
| Supplemental Life | $0.00 | $0.46 |
| Inst Med-Anthem PreTax EE | $20.44 | $339.82 |
| 67TE | $1.15 | $19.77 |
| 67TN | $0.61 | $10.41 |
| Inst Vol Dep Life-Spouse | $0.08 | $1.43 |
| Inst Vol Dep Life - Child | $0.00 | $0.35 |
| Inst Supplemental Life | $0.20 | $3.43 |
| Inst LTD BuyUp | $0.09 | $1.46 |
| Local Tax Lien | $0.00 | $282.52 |
| **Total After-Tax:** | **$22.57** | **$660.24** |

### Net Pay

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay** | **$203.08** | **$3,187.64** |

### Other Benefits & Information

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| Bal Med-Anthem PreTax EE | $1,168.19 | $ |
| Bal Dental-Cigna PreTx EE | $65.77 | $ |
| Bal Vision-UHC PreTax | $34.59 | $ |
| Bal Vol Dep Life-Spouse | $4.82 | $ |
| 65V8 | 11.39 | |
| 65V8 | 4.91 | |

### Leave Balance Summary

| Leave Type | Available |
|---|---|
| PTO Current Year | 16.00 |

### Pay Summary

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $395.87 | $6,835.10 |
| Pre-Tax Deductions | $141.00 | $2,278.25 |
| Federal Taxable Wages | $126.43 | $2,965.39 |
| Social Security Taxable Wages | $126.43 | $2,965.39 |
| Medicare (HI) Taxable Wages | $126.43 | $2,965.39 |
| Total Taxes | $29.22 | $708.97 |
| After-Tax Deductions | $22.57 | $660.24 |
| Net Pay | $203.08 | $3,187.64 |

### Pay Distribution List

| Type | Amount | Account # | Bank |
|---|---|---|---|
| Checking | $203.08 | <...3514> | |



Pay Date: 05/19/2017 - Regular

Gentiva Certified Healthcare Corp.
680 South Fourth Street
Louisville, KY 40202
(502)596-7300

Lisa Smith
1224 Allegheny Drive
Blakeslee, PA 18610

Personnel No.
Personnel Area: 2439 HH - Stroudsburg PA
Cost Center: 002439214
FLSA Status: Non Exempt

Pay Advice #: 0024793600223001
Period Begin Date: 05/06/2017
Period End Date: 05/12/2017
Pay Frequency: Weekly

| Tax Information | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Single | 0 | 5.00 |
| Primary State | PA | Single | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

| Hours and Earnings | Prior Period | Rate | Hours/Units | Hours/Units YTD | This Period | YTD |
|---|---|---|---|---|---|---|
| Standard Visit | | 14.35 | 2.00 | 285.00 | $28.70 | $3,802.38 |
| Standard Visit | | 13.32 | 20.00 | | $266.40 | $ |
| Case Conf Per Visit | | | | 2.00 | $0.00 | $26.64 |
| Preceptor Visit | | | | 4.00 | $0.00 | $92.60 |
| Inservice Fixed | | | | 3.00 | $0.00 | $378.92 |
| Guarantee Pay PPV | | | | | $0.00 | $65.00 |
| MileageTravelReimb | | | | | $136.80 | $1,568.26 |
| STD | | | | | $0.00 | $374.00 |
| Phone Expense | | | | | $0.00 | $200.00 |
| Phone Expense Retro $$ | 04/29/2017-05/12/2017 | | | | $40.00 | |
| PTO | | | | 80.00 | $0.00 | $799.20 |
| Hours Worked | | | 20.33 | 293.12 | 0.00 | |
| Total Earnings: | | | | | $471.90 | $7,307.00 |

| Pre-Tax Deductions | | This Period | YTD |
|---|---|---|---|
| Med-Anthem Pretax EE | | $141.00 | $2,419.25 |
| Total Pre-Tax: | | $141.00 | $2,419.25 |

| Taxes | This Period | YTD |
|---|---|---|
| TX Withholding Tax FED | $15.99 | $356.76 |
| TX Withholding Tax PA | $4.74 | $95.77 |
| TX Withholding Tax PC20 | $1.54 | $31.18 |
| TX EE Social Security FED | $9.55 | $193.41 |
| TX EE Medicare Tax FED | $2.23 | $45.23 |
| TX EE Unemployment Tax PA | $0.21 | $3.88 |
| TX Local Services Tax PBYX | $1.00 | $18.00 |
| Total Taxes: | $35.26 | $744.23 |

| After-Tax Deductions | This Period | YTD |
|---|---|---|
| Vol AD&D | $0.00 | $0.59 |
| Supplemental Life | $0.00 | $0.46 |
| Inst Med-Anthem PreTax EE | $26.78 | $366.60 |
| 67TG | $1.51 | $21.26 |
| 67TN | $0.79 | $11.20 |
| Inst Vol Dep Life - Spouse | $0.11 | $1.54 |
| Inst Vol Dep Life - Child | $0.00 | $0.35 |
| Inst Supplemental Life | $0.26 | $3.69 |
| Inst LTD BuyUp | $0.11 | $1.57 |
| Local Tax Lien | $0.00 | $282.52 |
| Total After-Tax: | $29.56 | $689.80 |

| Net Pay | This Period | YTD |
|---|---|---|
| Total Net Pay | $266.08 | $3,453.72 |

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| Bal Med-Anthem PreTax EE | $1,141.41 | $ |
| Bal Dental-Cigna PreTx EE | $64.26 | $ |
| Bal Vision-UHC PreTax | $33.80 | $ |
| Bal Vol Dep Life - Spouse | $4.71 | $ |
| 65V8 | 11.13 | |
| 69V9 | -.80 | |

Leave Balance Summary

| Leave Type | Available |
|---|---|
| PTO Current Year | 16.00 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $471.90 | $7,307.00 |
| Pre-Tax Deductions | $141.00 | $2,419.25 |
| Federal Taxable Wages | $154.10 | $3,119.49 |
| Social Security Taxable Wages | $154.10 | $3,119.49 |
| Medicare (HI) Taxable Wages | $154.10 | $3,119.49 |
| Total Taxes | $35.26 | $744.23 |
| After-Tax Deductions | $29.56 | $689.80 |
| Net Pay | $266.08 | $3,453.72 |

Pay Distribution List

| Type | Amount | Account # | Bank |
|---|---|---|---|
| Checking | $266.08 | <...3514> | |



**Kindred Healthcare**

Pay Date: 05/26/2017 - Regular

Gentiva Certified Healthcare Corp.  
680 South Fourth Street  
Louisville, KY 40202  
(502)596-7300

Lisa Smith  
1224 Allegheny Drive  
Blakeslee, PA 18610

Personnel No.  
Personnel Area: 2439 HH - Stroudsburg PA  
Cost Center: 002439214  
FLSA Status: Non Exempt

Pay Advice #: 0024793600224001  
Period Begin Date: 05/13/2017  
Period End Date: 05/19/2017  
Pay Frequency: Weekly

| Tax Information | State Codes | Marital Status | Allowances | Additional Amounts |
|---|---|---|---|---|
| Federal | | Single | 0 | 5.00 |
| Primary State | PA | Single | 0 | |
| Secondary State | | | 0 | |
| Local | | | 0 | |

| Hours and Earnings | Rate | Hours/Units | Hours/Units YTD | This Period | YTD |
|---|---|---|---|---|---|
| Standard Visit | 14.35 | 1.00 | 302.00 | $14.35 | $4,029.85 |
| Standard Visit | 13.32 | 16.00 | | $213.12 | $ |
| Case Conf Per Visit | 13.32 | 1.00 | 3.00 | $13.32 | $39.96 |
| Preceptor Visit | | | 4.00 | $0.00 | $92.80 |
| Inservice Fixed | | | 3.00 | $0.00 | $378.92 |
| Guarantee Pay PPV | | | | $0.00 | $65.00 |
| MileageTravelReimb | | | | $118.94 | $1,687.20 |
| STD | | | | $0.00 | $374.00 |
| Phone Expense | | | | $0.00 | $200.00 |
| PTO | | | 80.00 | $0.00 | $799.20 |
| Hours Worked | | 22.00 | 315.12 | 0.00 | |
| **Total Earnings** | | | | **$359.73** | **$7,666.73** |

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| Med-Anthem Pretax EE | $141.00 | $2,560.25 |
| **Total Pre-Tax** | **$141.00** | **$2,560.25** |

| Taxes | This Period | YTD |
|---|---|---|
| TX Withholding Tax FED | $10.56 | $367.32 |
| TX Withholding Tax PA | $3.06 | $98.93 |
| TX Withholding Tax PC20 | $1.00 | $32.18 |
| TX EE Social Security FED | $6.19 | $199.60 |
| TX EE Medicare Tax FED | $1.45 | $46.68 |
| TX EE Unemployment Tax PA | $0.17 | $4.95 |
| TX Local Services Tax PBYX | $1.00 | $19.00 |
| **Total Taxes** | **$23.43** | **$767.66** |

| After-Tax Deductions | This Period | YTD |
|---|---|---|
| Vol AD&D | $0.00 | $0.59 |
| Supplemental Life | $0.00 | $0.45 |
| Inst Med-Anthem PreTax EE | $17.70 | $384.30 |
| 67TG | $1.00 | $22.28 |
| 67TN | $0.52 | $11.72 |
| Inst Vol Dep Life - Spouse | $0.07 | $1.61 |
| Inst Vol Dep Life - Child | $0.00 | $0.35 |
| Inst Supplemental Life | $0.17 | $3.86 |
| Inst LTD BuyUp | $0.07 | $1.64 |
| Local Tax Lien | $0.00 | $282.52 |
| **Total After-Tax** | **$19.53** | **$709.33** |

| Net Pay | This Period | YTD |
|---|---|---|
| **Total Net Pay** | **$175.77** | **$3,629.49** |

| Other Benefits & Information | This Period | YTD |
|---|---|---|
| Bal Med-Anthem PreTax EE | $1,123.71 | $ |
| Bal Dental-Cigna PreTx EE | $53.26 | $ |
| Bal Vision-UHC PreTax | $33.28 | |
| Bal Vol Dep Life - Spouse | $1.64 | $ |
| 65V8 | 10.96 | |
| 65V9 | 4.73 | |

**Leave Balance Summary**

| Leave Type | Available |
|---|---|
| PTO Current Year | 16.00 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $359.73 | $7,666.73 |
| Pre-Tax Deductions | $141.00 | $2,560.25 |
| Federal Taxable Wages | $99.79 | $3,219.28 |
| Social Security Taxable Wages | $99.79 | $3,219.28 |
| Medicare (HI) Taxable Wages | $99.79 | $3,219.28 |
| Total Taxes | $23.43 | $767.66 |
| After-Tax Deductions | $19.53 | $709.33 |
| Net Pay | $175.77 | $3,629.49 |

**Pay Distribution List**

| Type | Amount | Account # | Bank |
|---|---|---|---|
| Checking | $175.77 | <...3514> | |

## Pay Details

FrankCrum  
100 S Missouri Ave  
Clearwater, FL 33756  
(727) 799-1229

A1A06-HOLENCIK GUTTERS LLC  
113 N FRONT ST  
COPLAY, PA 18037-1235

KEVIN F SMITH  
1224 ALLEGHENY DR  
BLAKESLEE, PA 18610-2005  
Employee Number  
SSN

| | |
|---|---|
| Period Start Date | 04/16/2017 |
| Period End Date | 04/29/2017 |
| Pay Date | 05/05/2017 |
| Document | 1051137693 |
| Net Pay | $451.10 |

## Earnings

| Pay Type | Hours | Units | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| REGULAR HRS | 32.00 | 0.00 | $19.00 | $608.00 | $608.00 |
| Total Hours | 32.00 | | | | |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| COPLAY | $6.08 | $6.08 |
| COPLAY BORO | $5.00 | $5.00 |
| Federal Income Tax | $60.00 | $60.00 |
| Medicare | $8.82 | $8.82 |
| PA State Income Tax | $18.67 | $18.67 |
| PA Unemployment Empl | $0.43 | $0.43 |
| Social Security Empl | $37.70 | $37.70 |
| WHITEHALL-COPLAY SD | $5.00 | $5.00 |

## Deductions

| Deduction | Pre-Tax | Current | YTD |
|---|---|---|---|
| FUND | N | $15.20 | $15.20 |

## Net Pay Distribution

| Account | Type | Amount | Plan Balance | Net Pay |
|---|---|---|---|---|
| ████████ | C | $451.10 | | $451.10 |
| Total | | $451.10 | | $451.10 |

Paid Time Off

## Pay Summary

| | Gross | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | $608.00 | $141.70 | $15.20 | $451.10 |
| YTD | $608.00 | $141.70 | $15.20 | $451.10 |

FrankCrum
100 S Missouri Ave
Clearwater, FL 33756
(727) 799-1229

A1A06-HOLENCIK GUTTERS LLC
113 N FRONT ST
COPLAY, PA 18037-1235

## Pay Details

| | |
|---|---|
| KEVIN F SMITH | Period Start Date: 04/30/2017 |
| 1224 ALLEGHENY DR | Period End Date: 05/13/2017 |
| BLAKESLEE, PA 18610-2005 | Pay Date: 05/19/2017 |
| Employee Number | Document: 105182975 |
| SSN | Net Pay: $1,234.61 |

### Earnings

| Pay Type | Hours | Units | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| REGULAR HRS | 80.00 | 0.00 | $19.00 | $1,520.00 | $2,128.00 |
| OVERTIME HOURS | 7.27 | 0.00 | $28.50 | $207.20 | $207.20 |
| Total Hours | 87.27 | | | | |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| COPLAY | $17.27 | $23.35 |
| COPLAY BORO | $0.00 | $5.00 |
| Federal Income Tax | $245.79 | $305.79 |
| Medicare | $25.04 | $33.86 |
| PA State Income Tax | $53.02 | $71.69 |
| PA Unemployment Empl | $1.21 | $1.64 |
| Social Security Empl | $107.08 | $144.78 |
| WHITEHALL-COPLAY SD | $0.00 | $5.00 |

### Deductions

| Deduction | Pre-Tax | Current | YTD |
|---|---|---|---|
| FUND | N | $43.18 | $58.38 |

### Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| | C | $1,234.61 |
| Total | | $1,234.61 |

Paid Time Off

| Plan | Current | Balance |
|---|---|---|

### Pay Summary

| | Gross | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | $1,727.20 | $449.41 | $43.18 | $1,234.61 |
| YTD | $2,335.20 | $591.11 | $58.38 | $1,685.71 |

Case 5:17-bk-01703-JJT    Doc 16    Filed 06/07/17    Entered 06/07/17 10:40:17    Desc
Main Document    Page 12 of 12