IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| LISA JO SMITH, | : CASE NO. 5:17-bk-01703 |
| aka LISA JO SHUMAN, | |
| aka LISA JO SPERLING, | : CHAPTER 13 |
| aka LISA SMITH, | |
| | : |
| Debtor | |

# CERTIFICATE OF MAILING

I certify that I am more than 18 years of age and that on June 7, 2017, I caused to be served a true and correct copy of the Motion for Wage Attachment on the following parties in the indicated manner:

| *Name and Address* | *Mode of Service* |
|---|---|
| Office of the US Trustee<br>228 Walnut Street, Room 1190<br>Harrisburg, PA 17101 | via ECF notification |
| Charles DeHart, III, Esq.<br>Standing Chapter 13 Trustee.<br>P.O. Box 7005<br>Lancaster, PA 17604 | via ECF notification |
| **Gentiva Certified Healthcare Corp.<br>Attn: Payroll Dept.<br>680 South 4th Street<br>Louisville, KY  40201** | Regular First-Class Mail |
| **Lisa Jo Smith<br>1224 Allegheny Drive<br>Blakeslee, PA  18610-2005** | Regular First-Class Mail |

DATED:     6/7/17

SIGNED:     /s/ Beverly A. Smale
BEVERLY A. SMALE
Bankruptcy Assistant