```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-01703-JJT
Lisa Jo Smith                                                       Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5      User: MMchugh              Page 1 of 1         Date Rcvd: Jun 21, 2017
                          Form ID: ntcnfhrg          Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2017.
```
db              Lisa Jo Smith,    1224 Allegheny Drive,    Blakeslee, PA 18610-2005
4913311        +ARS ACCOUNT RESOLUTIONS,    1643 HARRISON PKWY,    SUITE 100,    FORT LAUDERDALE, FL 33323-2857
4913314        +CCS COLLECTION SERVICES,    4530 OLD CAVE SPRING ROAD SW,    ROANOKE, VA 24018-3423
4913315        +CREDIT ACCEPTANCE CORP,    25505 WEST TWELVE MILE RD,    SOUTHFIELD, MI 48034-8316
4913602        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
4913317         FIRST PREMIER,   3820 N LOUISE AVENUE,    SIOUX FALLS, SD 57107-0145
4913318        +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
4913319        +HAMILTON LAW GROUP,    PO BOX 90301,    ALLENTOWN, PA 18109-0301
4913320        +LOIS M VITTI,    VITTI & VITTI & ASSOC PC,    215 FOURTH AVENUE,    PITTSBURGH, PA 15222-1707
4913321         PNC MORTGAGE,   PO BOX 1820,    DAYTON, OH 45401-1820
4913322        +RECEIVABLE MANAGEMENT SERVICES,    240 EMERY STREET,    BETHLEHEM, PA 18015-1980
4913323        +SIERRA VIEW ASSOCIATION,    PO BOX 349,    EFFORT, PA 18330-0349
4917132         Stuart D Field, DMD,    c/o Hamilton Law Group,    PO Box 90301,    Allentown PA 18109-0301
4913324        +US DEPT OF EDUCATION,    61 FORSYTH ST SW STE 19T40,    ATLANTA, GA 30303-8919
4913325         US DEPT OF EDUCATION,    PO B OX 5609,    GREENVILLE, TX 75403-5609
4913326        +YOUR CAUSE AUTO,    2700 WILLIAM PENN HIGHWAY,    EASTON, PA 18045-5225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4913308         E-mail/Text: ebn@americollect.com Jun 21 2017 19:02:58      AMERICOLLECT INC,
                 1851 S ALVERNO ROAD,    MANITOWOC, WI 54220
4913309        +E-mail/Text: bsimmons@amsher.com Jun 21 2017 19:03:05      AMSHER COLLECTION SERVICES,
                 4524 SOUTHLAKE PARKWAY,    SUITE 15,    HOOVER, AL 35244-3271
4913313        +E-mail/Text: rbaldwin@autotrakk.com Jun 21 2017 19:03:14      AUTOTRAKK LLC,
                 1500 SYCAMORE RD STE 200,    MONTOURSVILLE, PA 17754-9416
4913312         E-mail/Text: rbaldwin@autotrakk.com Jun 21 2017 19:03:14      AUTOTRAKK LLC,
                 342 FAIRFIELD ROAD,    MONTOURSVILLE, PA 17754-8315
4913316        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 21 2017 19:03:10
                 CREDIT CONTROL SERVICES INC,    725 CANTON ST,    NORWOOD, MA 02062-2679
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4913310        ##ARS ACCOUNT RESOLUTION,    1801 NW 66TH AVE STE 200C,    FORT LAUDERDALE, FL 33313-4571
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor Lisa Jo Smith jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              James Warmbrodt     on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Lisa Jo Smith
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                              TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lisa Jo Smith
aka Lisa J. Smith, aka Lisa Smith, fka Lisa Jo Shuman, fka Lisa Jo Sperling
Debtor(s)

Chapter 13

Case No. 5:17−bk−01703−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **July 21, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: August 8, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MMchugh, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: June 21, 2017