```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-01703-JJT
Lisa Jo Smith                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh           Page 1 of 1          Date Rcvd: Sep 13, 2017
                              Form ID: orcnfpln       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db              Lisa Jo Smith,    1224 Allegheny Drive,    Blakeslee, PA  18610-2005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor Lisa Jo Smith jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              James Warmbrodt     on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Lisa Jo Smith
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                               TOTAL: 5

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Lisa Jo Smith<br>aka Lisa J. Smith, aka Lisa Smith, fka Lisa Jo Shuman, fka Lisa Jo Sperling | Chapter 13<br>Case No. 5:17−bk−01703−JJT |

Debtor(s)

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on June 7, 2017. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: September 13, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk