United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                  Case No. 17-01703-JJT
Lisa Jo Smith                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-5 | User: MMchugh | Page 1 of 1 | Date Rcvd: Oct 31, 2017 |
| | Form ID: nthrgreq | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2017.
db         Lisa Jo Smith,   1224 Allegheny Drive,   Blakeslee, PA 18610-2005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        J. Zac Christman   on behalf of Debtor 1 Lisa Jo Smith jchristman@newmanwilliams.com,
   mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
        James Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        Vincent Rubino   on behalf of Debtor 1 Lisa Jo Smith
   epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
   williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                               TOTAL: 5

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lisa Jo Smith
aka Lisa J. Smith, aka Lisa Smith, fka Lisa Jo Shuman, fka Lisa Jo Sperling
**Debtor(s)**

Chapter: 13

Case number: 5:17−bk−01703−JJT

Document Number: 36

Matter: Motion to Modify Plan

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on April 25, 2017.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: December 5, 2017** <br> **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 31, 2017 |