```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-01703-JJT
Lisa Jo Smith                                                       Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh              Page 1 of 2        Date Rcvd: Apr 11, 2018
                              Form ID: ordsmiss          Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
```
db              Lisa Jo Smith,    1224 Allegheny Drive,    Blakeslee, PA 18610-2005
4913310         ARS ACCOUNT RESOLUTION,    1801 NW 66TH AVE STE 200C,    FORT LAUDERDALE, FL 33313-4571
4913311        +ARS ACCOUNT RESOLUTIONS,    1643 HARRISON PKWY,    SUITE 100,    FORT LAUDERDALE, FL 33323-2857
4913314        +CCS COLLECTION SERVICES,    4530 OLD CAVE SPRING ROAD SW,    ROANOKE, VA 24018-3423
4913315        +CREDIT ACCEPTANCE CORP,    25505 WEST TWELVE MILE RD,    SOUTHFIELD, MI 48034-8316
4913602        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
4913319        +HAMILTON LAW GROUP,    PO BOX 90301,    ALLENTOWN, PA 18109-0301
4913320       ##+LOIS M VITTI,    VITTI & VITTI & ASSOC PC,    215 FOURTH AVENUE,    PITTSBURGH, PA 15222-1707
4964343        +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,    Attn: Bankruptcy,
                 3232 Newmark Drive,    Miamisburg, OH 45342-5421
4913321         PNC MORTGAGE,    PO BOX 1820,    DAYTON, OH 45401-1820
4913322        +RECEIVABLE MANAGEMENT SERVICES,    240 EMERY STREET,    BETHLEHEM, PA 18015-1980
4913323        +SIERRA VIEW ASSOCIATION,    PO BOX 349,    EFFORT, PA 18330-0349
4917132         Stuart D Field, DMD,    c/o Hamilton Law Group,    PO Box 90301,    Allentown PA 18109-0301
4913324        +US DEPT OF EDUCATION,    61 FORSYTH ST SW STE 19T40,    ATLANTA, GA 30303-8919
4913325         US DEPT OF EDUCATION,    PO B OX 5609,    GREENVILLE, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4913308         E-mail/Text: ebn@americollect.com Apr 11 2018 19:16:10      AMERICOLLECT INC,
                 1851 S ALVERNO ROAD,    MANITOWOC, WI 54220
4913309        +EDI: AMSHER.COM Apr 11 2018 23:04:00      AMSHER COLLECTION SERVICES,    4524 SOUTHLAKE PARKWAY,
                 SUITE 15,    HOOVER, AL 35244-3271
4913313        +E-mail/Text: rbaldwin@autotrakk.com Apr 11 2018 19:16:33      AUTOTRAKK LLC,
                 1500 SYCAMORE RD STE 200,    MONTOURSVILLE, PA 17754-9416
4913312         E-mail/Text: rbaldwin@autotrakk.com Apr 11 2018 19:16:33      AUTOTRAKK LLC,
                 342 FAIRFIELD ROAD,    MONTOURSVILLE, PA 17754-8315
4913316        +EDI: CCS.COM Apr 11 2018 23:03:00      CREDIT CONTROL SERVICES INC,    725 CANTON ST,
                 NORWOOD, MA 02062-2679
4913317         EDI: AMINFOFP.COM Apr 11 2018 23:04:00      FIRST PREMIER,    3820 N LOUISE AVENUE,
                 SIOUX FALLS, SD 57107-0145
4913318        +EDI: AMINFOFP.COM Apr 11 2018 23:04:00      FIRST PREMIER BANK,    601 S MINNESOTA AVE,
                 SIOUX FALLS, SD 57104-4868
4959936        +EDI: JEFFERSONCAP.COM Apr 11 2018 23:03:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
4976235         EDI: ECMC.COM Apr 11 2018 23:03:00      U S Department of Education,    P O Box 16448,
                 St. Paul, MN 55116-0448
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4913326       ##+YOUR CAUSE AUTO,    2700 WILLIAM PENN HIGHWAY,    EASTON, PA 18045-5225
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                          Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          J. Zac Christman    on behalf of Debtor 1 Lisa Jo Smith jchristman@newmanwilliams.com,
           mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
          James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino    on behalf of Debtor 1 Lisa Jo Smith
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                             TOTAL: 5
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Lisa Jo Smith aka Lisa J. Smith, aka Lisa Smith, fka Lisa Jo Shuman, fka Lisa Jo Sperling **Debtor(s)** | Chapter 13 <br> Case No. 5:17−bk−01703−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: April 11, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk